**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2378**

---

GERALD L. WILSON,

Plaintiff - Appellant,

versus

JESSE BROWN, Secretary of Veterans Affairs,

Defendant - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. W. Craig Broadwater, District Judge. (CA-97-48-3)

---

Submitted: December 17, 1998          Decided: December 30, 1998

---

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gerald L. Wilson, Appellant Pro Se. Helen Campbell Altmeyer, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald L. Wilson appeals the district court's order denying relief on his complaint alleging wrongful discharge from employment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Wilson v. Brown, No. CA-97-48-3 (N.D.W. Va. Aug. 5. 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2